# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

TONI GAUSE,

    Plaintiff,

v.                                                                             CASE NO. 1:13-cv-00157-MP-GRJ

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 19, 2014. (Doc. 29). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 30. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. Contrary to Plaintiff's contention, the Administrative Law Judge (ALJ) did not justify the denial of benefits using conclusory, boilerplate language. Instead, as explained in the Report and Recommendation, the ALJ made detailed findings of fact supported by substantial evidence, and properly articulated explicit and adequate reasons for his credibility findings. *See Foote v. Chater*, 67 F.3d 1553, 1561–62 (11th Cir. 1995).

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 29) is adopted and incorporated by reference in this order.

2. The decision of the Commissioner, denying benefits, is AFFIRMED.

**DONE AND ORDERED** this 29th day of September, 2014

                            *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge